| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics iu Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Kyle, Richard H | 2. Court or Organization District Court-Minnesota | 3. Date of Report 05/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge-Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 01/01/2004 to 12/31/2004 |
| 7. Chambers or Office Address 764 Federal Courts Building 316 N. Robert Street St. Paul, MN 55101 | 8. On the basis of the information contained io this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE
2005 MAY 12 P 1:46
RECEIVED

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Kyle, Richard H | 05/11/2005 |

## II. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Minneapolis Club | Honorary Membership (est. dues) | $2,412 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kyle, Richard H | 05/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE. (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Baxter International | B | Dividend | M | T | | | | | |
| 2. Bristol Myers Squibb | B | Dividend | K | T | partial sale and | 8/13 | J | A | |
| 3. | | | | | partial gift | 12/28 | J | | St. Paul Foundation |
| 4. 3M Company | D | Dividend | Q | T | | | | | |
| 5. Albion IV Ltd. Partnership | A | Dividend | J | U | | | | | |
| 6. Beadle Lloyd Properties Ltd. Partnership | A | Dividend | J | U | | | | | |
| 7. Checking Account—U.S. Bank White Bear Lake, MN | A | Interest | J | T | | | | | |
| 8. Checking Account—U.S. Bank, St. Paul, MN | A | Interest | J | T | | | | | |
| 9. Caterpillar, Inc. | B | Dividend | L | T | | | | | |
| 10. Exxon Mobil Corp. | B | Dividend | L | T | partial gift | 12/28 | J | | St. Paul Foundation |
| 11. General Electric | C | Dividend | M | T | partial gift | 12/28 | J | | St. Paul Foundation |
| 12. Schering Plough | A | Dividend | K | T | | | | | |
| 13. Paine Webber RMA Money Market Portfolio | A | Interest | J | T | | | | | |
| 14. AT&T Corp. | | | | | Sold | 2/25 | J | A | |
| 15. Coca Cola Co. | A | Dividend | K | T | | | | | |
| 16. Ford Motor Co. | A | Dividend | J | T | | | | | |
| 17. General Electric Co. | B | Dividend | L | T | | | | | |
| 18. Ionics, Inc. | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kyle, Richard H | 05/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Microsoft | C | Dividend | M | T | | | | | |
| 20. Proctor & Gamble Co. | B | Dividend | L | T | | | | | |
| 21. Walt Disney Co. | A | Dividend | K | T | | | | | |
| 22. Bank of America Corporation | D | Dividend | M | T | | | | | |
| 23. Pepsico | A | Dividend | K | T | | | | | |
| 24. H.B. Fuller Co. | A | Dividend | L | T | partial gift | 12/31 | J | | St. Paul Foundation |
| 25. Coca Cola | | | | | Sold | 2/11 | K | B | |
| 26. Colgate | B | Dividend | L | T | | | | | |
| 27. Ford Motor Co. | A | Dividend | K | T | partial sale | 3/4 | J | A | |
| 28. General Electric Co. | B | Dividend | L | T | | | | | |
| 29. Intel Corp. | A | Dividend | L | T | partial gift | 12/31 | J | | St. Paul Foundation |
| 30. Int'l Paper | | | | | Sold | 2/11 | K | B | |
| 31. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 32. Lucent Technology | A | Dividend | | | Sold | 8/13 | J | | |
| 33. McDonald's | | | | | Sold | 2/11 | K | C | |
| 34. Merck | B | Dividend | | | Sold | 11/5 | K | | |
| 35. Microsoft | D | Dividend | M | T | | | | | |
| 36. Motorola | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash-Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kyle, Richard H | 05/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Pepsico | A | Dividend | K | T | | | | | |
| 38. Proctor & Gamble | B | Dividend | L | T | | | | | |
| 39. PaineWebber Cash Fund | A | Interest | K | T | | | | | |
| 40. Mn Mun. Cash Trust | A | Interest | K | T | | | | | |
| 41. Cisco Systems, Inc. | A | Dividend | L | T | | | | | |
| 42. Mairs & Power Growth Fund | D | Dividend | N | T | | | | | |
| 43. Bristol Myers | A | Dividend | L | T | | | | | |
| 44. Verizon Communication | A | Dividend | K | T | | | | | |
| 45. Glaxo Smithkline PLC | A | Dividend | K | T | | | | | |
| 46. Intel | A | Dividend | K | T | partial gift | 12/30 | J | | St. Paul Foundation |
| 47. Lucent Technology | A | Dividend | | | Sold | 8/13 | J | | |
| 48. Pfizer, Inc. | B | Dividend | K | T | | | | | |
| 49. Visteon | | | | | Sold | 5/14/03 | J | A | See Explanation in Section VIII. |
| 50. Zimmer Holdings, Inc. | A | Dividend | | | Sold | 8/13 | J | | |
| 51. SuperValu, Inc. | A | Dividend | J | T | | | | | |
| 52. Tennant Co. | | | | | Sold | 2/11 | K | | |
| 53. Comcast Corp. | A | Dividend | J | T | | | | | |
| 54. Citigroup, Inc. | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,001-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000; P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
   (See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kyle, Richard H | 05/11/2005 |

VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. TR Russell 2000 Value Index Fund | A | Dividend | K | T | Buy | 2/11 | K | | |
| 56. TR Russell 2000 Growth Index Fund | A | Dividend | K | T | Buy | 2/11 | K | | |
| 57. TR Russell MSCI EAFE Index Fund | A | Dividend | K | T | Buy | 2/11 | K | | |
| 58. Home Depot | A | Dividend | K | T | Buy | 8/27 | K | | |
| 59. Freescale Semiconductor (spin-off from Motorola) | | | J | T | Spin-off | 12/2 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VIII, line 49, Visteon:

These securities were sold on May 14, 2003 and that transaction was inadvertently omitted from the reporting period 1/1/2003 to 12/31/2003. The value Code was J, and the Gain Code was A.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kyle, Richard H | 05/11/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date  5/11/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544